# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA-

In Re: Angeline J. Fisher          :     Case No. 18-12928-elf
                                   :
                                   :
                                   :
            Debtor                 :     Chapter 13
                                   :
                                   :

## CERTIFICATE OF SERVICE

I, Kim Y. Brand, Legal Assistant at Spear Wilderman, P.C. hereby certify notice of the Motion of Debtor's Angeline J. Fisher pursuant to 11 USC §362(c)(3) ( C ) To continue Automatic Stay along with the Notice of Motion to Continue Automatic Stay, was served on the following on May 7, 2018, by First Class U.S. Mail to those on the attached service list.

/s/ Kim Y. Brand
Kim Y. Brand, Bankruptcy Legal Assistant
Spear Wilderman, P C
230 S. Broad Street, Suite 1400
Philadelphia., PA 19102

Date: May 15, 2018

Service List

**Angeline J. Fisher, Chapter 13 Case No. 18-12928-elf**

**Counsel for Mortgage Company**

KML Law Group, P.C.
Suite 5000
701 Market Street
Philadelphia, PA 19106

**Mortgage Company**

Pennsylvania Housing Finance Agency
P.O. Box 8029
Harrisburg, PA 17105

**Chapter 13 Standing Trustee**

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105