# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Angeline J. Fisher | : | Chapter 13 |
| | : | |
| | : | |
| | : | Case No.  18-12928-elf |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

   **AND NOW**, this  16th  day of  May  2018, the Court having considered the Debtor's Motion to Extend Time to File Missing Documents, and for good cause shown, it is hereby Ordered that Debtor's Motion to Extend Time to File Missing Documents is granted.  The deadline to file missing documents is extended to  May 29, 2018 .

_____
Eric L. Frank
United States Bankruptcy Judge