United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angeline J. Fisher  
    Debtor

Case No. 18-12928-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia              Page 1 of 1                  Date Rcvd: May 16, 2018  
                        Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.  
db         +Angeline J. Fisher,   5517 Master Street,   Philadelphia, PA 19131-3940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM B. SANDERSON, JR.    on behalf of Debtor Angeline J. Fisher wsanderson@spearwilderman.com, kbrand@spearwilderman.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                                    TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Angeline J. Fisher    :    Chapter 13
:
:
:    Case No.  18-12928-elf
:
Debtor    :
:

## **ORDER**

**AND NOW**, this  16th  day of  May  2018, the Court having considered the Debtor's Motion to Extend Time to File Missing Documents, and for good cause shown, it is hereby Ordered that Debtor's Motion to Extend Time to File Missing Documents is granted.  The deadline to file missing documents is extended to  May 29, 2018 .

_____
Eric L. Frank
United States Bankruptcy Judge