# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **:**   **Chapter 13** |
| | **:** |
| **Angeline J. Fisher** | **:**   **Bankruptcy No. 18-12928-elf** |
|      **Debtor** | **:** |

## CERTIFICATION OF NO RESPONSE

Christopher G. Cassie, Counsel for the Debtor, hereby certifies that no response has been served or filed regarding the Motion to Extend the Automatic Stay and that an Order may be entered granting the Debtor the Motion to Extend the Automatic Stay.

     /s/ Christopher G. Cassie
Christopher G. Cassie, Esquire
Attorney I.D. No. 91987
Spear Wilderman, P.C.
230 S. Broad Street, Suite 1400
Philadelphia, PA 19102
(215) 732-0101