American Heritage
2060 Red Lion Road
Philadelphia, PA 19115

American Heritage
2060 Red Lion Road
Philadelphia, PA 19115

Central Financial Control
Attn: Bankruptcy
P.O. Box 66044
Anaheim, CA 92816

City of Philadelphia
Law Department
One Parkway Building
1515 Parkway building
Philadelphia, PA 19102

Convergent
P.O. Box 9004
Renton, WA 98057

IRS
600 Arch Street
Room 5200
Philadelphia, PA 19108

KML Law Group, P.C.
Suite 5000
701 Market Street
Philadelphia, PA 19106

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

Pennsylvania  Housing Finance Agency
P.O. Box 8029
Harrisburg, PA 17105