# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13
Angeline J. Fisher  :
 :
 :
 : BANKRUPTCY NO.  18-12928ELF
Debtor (s)

## **P R A E C I P E**

Please note the continued 341 Meeting of Creditors will be held on October 19, 2018 at 11:30am, please disregard previous continued 341 date of November 5, 2018 at 11:30am.

Respectfully submitted,

Date: October 18, 2018                    /s/William C. Miller, Esquire
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19105