# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                      Bankruptcy No. 18-12928-ELF

ANGELINE J FISHER

5517 MASTER STREET

PHILADELPHIA, PA 19131

        Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ANGELINE J FISHER

    5517 MASTER STREET

    PHILADELPHIA, PA 19131

**Counsel for debtor(s), by electronic notice only.**
    WILLIAM B. SANDERSON JR
    230 SOUTH BROAD ST
    SUITE 1400
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                              /s/ William C. Miller

Date: 10/31/2018

                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee