UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELINE J FISHER                             Chapter 13

                    Debtor            Bankruptcy No. 18-12928-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 19, 2018**        _____
                                    Eric L. Frank
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
WILLIAM B. SANDERSON JR
230 SOUTH BROAD ST
SUITE 1400
PHILADELPHIA, PA 19102-

Debtor:
ANGELINE J FISHER

5517 MASTER STREET

PHILADELPHIA, PA 19131