United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-12928-elf
Angeline J. Fisher                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 2            Date Rcvd: Dec 19, 2018
                                Form ID: pdf900            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
```
db             +Angeline J. Fisher,    5517 Master Street,    Philadelphia, PA 19131-3940
14113710      #+Central Financial Control,    Attn: Bankrutpcy,    P.O. Box 66044,    Anaheim, CA 92816-6044
14113711       City of Philadelphia,    Law Department,    One Parkway Building,    1515 Parkway building,
                 Philadelphia, PA 19102
14113713      +Convergent,    P.O. Box 9004,    Renton, WA 98057-9004
14100254      +KML Law Group, P.C.,    Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1541
14108817      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:10      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14113708      +E-mail/Text: broman@amhfcu.org Dec 20 2018 02:45:04      American Heritage,    2060 Red Lion Road,
                 Philadelphia, PA 19115-1699
14129252       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2018 02:50:46
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14173351      +E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:15
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14113714      +E-mail/Text: cio.bncmail@irs.gov Dec 20 2018 02:44:34      IRS,    600 Arch Street,    Room 5200,
                 Philadelphia, PA 19106-1611
14113716      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:46       PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14100255       E-mail/Text: blegal@phfa.org Dec 20 2018 02:45:01      Pennsylvania Housing Finance Agency,
                 P.O. Box 8029,    Harrisburg, PA 17105
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14113709*     +American Heritage,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14113712*      City of Philadelphia,    Law Department,    One Parkway Building,    1515 Parkway Building,
                 Philadelphia, PA 19102
14113715*     +KML Law Group, P.C.,    Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1541
14113717*    ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
               (address filed with court: Pennsylvania Housing Finance Agency,     P.O. Box 8029,
                 Harrisburg, PA 17105)
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Dec 19, 2018
                              Form ID: pdf900              Total Noticed: 15
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
          CHRISTOPHER G. CASSIE    on behalf of Debtor Angeline J. Fisher ccassie@spearwilderman.com,
           kbrand@spearwilderman.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
           Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the
           Pennsylvania Housing Finance Agency) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM B. SANDERSON, JR.    on behalf of Debtor Angeline J. Fisher
           wsanderson@williamsandersonlaw.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANGELINE J FISHER | Chapter 13 |
| Debtor | Bankruptcy No. 18-12928-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 19, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
WILLIAM B. SANDERSON JR
230 SOUTH BROAD ST
SUITE 1400
PHILADELPHIA, PA 19102-

Debtor:
ANGELINE J FISHER

5517 MASTER STREET

PHILADELPHIA, PA 19131